**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BABAK PILTAN,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID S. WESLEY, PRESIDING JUDGE, LOS ANGELES COUNTY SUPERIOR COURT,<br><br>    Respondent. | ) NO. CV 13-8961-JVS(E)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 6, 2014

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE